# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY<br>IN AMERICA<br>1802 Vernon Street NW<br>PMB 2095<br>Washington, D.C. 20009,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE ARMY<br>101 Army Pentagon<br>Washington, D.C. 20310-0101,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:25-cv-294<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Army ("Army") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel Army's compliance with FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the

1

actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5. Defendant Army is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). Army has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On July 30, 2024, CASA submitted one FOIA request (attached as Exhibit A) to Army pertaining to the Fort Liberty Public Affairs Office and the Fort Liberty slide show describing pro-life organizations as terrorist groups.

7. On October 25, 2024, Army acknowledged receipt of the request and assigned it control number FA-24-0864.

8. On December 19, 2024, Army provided a status update suggesting that the estimated time frame to complete the request was February 28, 2024.

9. Release of these records is in the public interest because it will contribute to the public's understanding of Army's training and decisions to designate groups and individuals as terrorists, and for the public to determine whether Army's classifications are consistent with the law.

10. FOIA is "a vital tool for ensuring transparency, accessibility, and accountability in government" whose "'basic purpose . . . is to ensure an informed citizenry,' which is 'vital to the functioning of a democratic society [and] needed to check against corruption and to hold the governors accountable to the governed.'" Merrick Garland, *Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines* 1 (Mar. 15, 2022),

https://www.justice.gov/ag/page/file/1483516/download (quoting *NLRB v. Robbins Tire & Rubber Co*, 437 U.S. 214, 242 (1978)) ("DOJ Memo").

11. The DOJ Memo makes clear, "Timely disclosure of records is also essential to the core purpose of FOIA." DOJ Memo at 3.

12. Over 176 days have elapsed since Army received CASA's request, yet Army still has not made determinations with respect to them. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). Army has not produced responsive documents to CASA, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed CASA of its ability to appeal any adverse portion of its determinations.

13. Given these facts, Army has not met its statutory obligations to provide the requested records.

14. Through Army's failure to make determinations within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

15. CASA repeats and incorporates by reference paragraphs each of the foregoing paragraphs as if fully set forth herein.

16. CASA properly submitted a request for records within the possession, custody, and control of Army.

17. Army is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

18. Army is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

19. Army's failure to provide all non-exempt responsive records violates FOIA.

20. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Army to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Plaintiff CASA respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant Army complies with the requirements of FOIA and any and all orders of this Court.

(2) Order Army to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: January 31, 2025                         Respectfully submitted,

                                                CENTER TO ADVANCE SECURITY IN
                                                AMERICA

By Counsel:
/s/ Jacob William Roth
Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

*Counsel for the Plaintiff*