UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY,<br><br>　　　　Defendant. | Civil Action No. 25-0294 (CRC) |

**JOINT STATUS REPORT**

　　　　The parties, by and through their respective undersigned counsel, respectfully submit this joint status report:

1.　　Plaintiff filed the Freedom of Information Act ("FOIA") complaint at issue in this case on January 31, 2025. ECF No. 1. Defendant answered on April 4, 2025. ECF No. 5. Plaintiff seeks documents "pertaining to the Fort Liberty Public Affairs Office and the Fort Liberty slide show describing pro-life organizations as terrorist groups." *See* Compl. ¶ 6.

2.　　Defendant reports the FOIA request is being processed. Defendant has completed its search and, after reviewing for responsiveness, determined that there are approximately 944 pages of responsive documents. Defendant anticipates completing further review and processing of these records, and releasing resultant responsive, releasable records to Plaintiff within the next forty-five days.

3.　　The parties have met and conferred about the issues in this case, and the parties intend to continue these discussions. The parties are unable to determine yet whether they anticipate summary judgment briefing, as the parties' discussions and any corresponding release of responsive documents may narrow or resolve the issues in dispute.

- 2 -

4.  In accordance with the Court's April 21, 2025 Minute Order, the parties will file another joint status report on or before August 18, 2025, unless otherwise directed by the Court.

Dated: June 24, 2025
   Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Jacob Roth
JACOB WILLIAM ROTH
D.C. Bar No. 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Phone: (561) 227-4959
JRoth@Dhillonlaw.com

*Counsel for Plaintiff*

By:  /s/ Brian C. Tracy
BRIAN C. TRACY, NE Bar # 25379
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
brian.tracy@usdoj.gov

*Attorneys for the United States of America*